# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In re:                                              |                Case No. 20-21215
                                                    |
Boyce Hydro Power, LLC                              |
                                                    |
                                                    |
         Debtor(s)                                  |

---

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark H. Shapiro*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0. A non-consensual plan was confirmed on February 25, 2021. No plan payments were made to the trustee. The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on December 14, 2020 [doc 410] and April 19, 2021 [doc 519] the Court ordered compensation totaling $104,011.68 be awarded to the trustee. These funds have been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: July 19, 2021            By: /s/ Mark H. Shapiro (P43134)
                                   Chapter 11 Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR F**